582

■ In the Matter of GASPARE MACEDONIA et al., Appellants, against JOSEPH A. FONTANELLI, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied, without costs. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ PHYLLIS P. KEILSON, Respondent, v. JACOB F. KEILSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ THERESE PEARSON, Respondent, v. HERBERT PEARSON, Appellant.— Motion for reargument denied, without costs. Motion to resettle order denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROGER WINELANDER, Appellant, against WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ HOWARD A. RIKOON et al., Individually and Doing Business as RIKOON REAL ESTATE, Respondents, v. TWO BORO DRESS, INC., et al., Respondents, and UNITED STATES OF AMERICA, Appellant, et al., Defendants. NATHAN TANNENBAUM et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ TIDEWATER OIL COMPANY, INC., Respondent, v. WONDER UTILITIES, INC., Appellant.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Nolan, P. J., Kleinfeld, Christ and Brennan, JJ.; Pette, J., not voting.

■ NAI-SHUN C. YUNG, as Administratrix of the Estate of HENRY H. YUNG, Deceased, Respondent, v. MOUNT VERNON HOSPITAL et al., Appellants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Kleinfeld, Christ and Pette, JJ.; Brennan, J., not voting.

■ MADELINE CROOMS, Respondent, v. JOHN S. MOHAMED, Appellant.— In an action to recover damages for personal injuries, the appeal is from an order granting a motion for summary judgment striking out the answer and ordering an assessment of damages. Order reversed, with $10 costs and disbursements, and motion denied. It is our view that triable questions of fact are presented both as to appellant's negligence and respondent's freedom from contributory negligence. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ JOSEPH W. ERLWEIN, Appellant, v. EDWARD VON GERICHTEN, Respondent, et al., Defendants.— In an action to establish the regularity of a tax sale and the title to a parcel of real property resulting therefrom (Nassau County Administrative Code, §§ 5-57.1, 5-57.2; L. 1939, chs. 272, 704), the appeal is from an order of the County Court, Nassau County, denying appellant's motion for summary judgment striking out respondent's answer and granting partial summary judgment in favor of respondent and permitting him to redeem. Order unanimously affirmed, with $10 costs and disbursements. On this record no triable issue is presented either as to respondent's ownership of the property in question or as to the amount of the redemption figure. Present — Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ.